# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| CLIFFORD M. FARMER; GLORIA LITTLE; and MONAQUE FARMER, | Case No. 18-CV-2375 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| CHAD JOHNSON, Parole Agent; DEREK WEINKE, Parole Agent; LAWRENCE K., Parole Agent; SHAWN BLIVEN, DOC Agent; SAM AZURE, DOC Agent; RUSS JUDE, DOC Agent; NATE COLE, DOC Agent; BRUCE MEAGER, DOC Agent; NATE COLE, DOC Agent; and OTHERS YET TO BE INDENTIFIED, Acting under the color of state law in their individual and official capacities; and D.O.C., | |
| Defendants. | |

Clifford M. Farmer, 1160 Sherburne Avenue, St. Paul, Minnesota 55104, *pro se*.

This matter is before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thoron dated January 8, 2019. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order:

IT IS HEREBY ORDERED that Plaintiffs Gloria A. Little and Monaque D. Farmer are DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: January 25, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court