UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Clifford M. Farmer, et al.,  Case No. 18-2375 (SRN/BRT)

      Plaintiffs,

v. **ORDER**

Chad Johnson, et al.,

      Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated March 4, 2019. No objections have been filed to that Report and Recommendation in the time period permitted.

The Court, being duly advised in the premises, upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED**:

1. The Report and Recommendation of the Magistrate Judge [Docket No. 13] is **ADOPTED**; and

2. The Complaint [Document No. 1] is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 29, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge